IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
San Antonio ▼ DIVISION

5:20-CV-00267

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1.  Please identify the court from which the case is being removed; the case number; and the complete style of the case.

District of Bexar County, Texas
408th Judicial District
Case Number: 2019CI21251
NIRMALKUMAR PATEL v. SHIPPER SERVICES EXPRESS and MARQUETTA BEHNE

2.  Was jury demand made in State Court?     ☒ Yes     ☐ No

If yes, by which party and on what date?

NIRMALKUMAR PATEL                         10/8/2019
Party Name                                Date

**STATE COURT INFORMATION:**

1.  List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff: NIRMALKUMAR PATEL
Attorney's for Plaintiff: Jason A. Itkin, Cory Itkin, Ryan S. MacLeod, Jacob M. Karam
Address: 6009 Memorial Drive, Houston Texas 77007
Phone: (713) 222-3800 Fax: (713) 222-3850

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

3.  List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1.  List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**VERIFICATION:**

| | |
|---|---|
| Joseph G. Pena | 03/06/2020 |
| Attorney for Removing Party | Date |

Shipper Services Express and Marquetta Behne
Party/Parties

(NOTE: Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary):**